# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-3765
_____

LEITH JAMES SULLIVAN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


September 21, 2022


PER CURIAM.

The Court denies Petitioner's amended petition for belated appeal because it does not articulate a sufficient factual basis demonstrating an entitlement to belated appeal as required by Florida Rule of Appellate Procedure 9.141(c)(4)(F). *See Williams v. State*, 79 So. 3d 882 (Fla. 1st DCA 2012).

KELSEY, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Leith James Sullivan, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.